UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA EICHLIN,                           : <br>       Plaintiff,                 : <br>                                    : <br>       v.                            : <br>                                    : <br> GHK COMPANY,           : <br> *d/b/a* KELLY AUTOMOTIVE GROUP  : <br> and COMMONWEALTH ASSET       : <br> RECOVERY SERVICES, LLC,       : <br>       Defendants.          : | No. 5:24-cv-1502 |

**O R D E R**

**AND NOW**, this 26th day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.    Defendant GHK Company d/b/a Kelly Automotive Group's Motion to Compel Arbitration, ECF No. 15, is **GRANTED**.

2.    **Within forty-five (45) days of the date of this Order**, Plaintiff is **DIRECTED** to submit all of her claims against Defendant Kelly Automotive Group, only, to binding arbitration pursuant to the terms of the Agreement.

3.    The above-captioned action is **STAYED** pending the outcome of the arbitration.

4.    Plaintiff and Defendant Kelly Automotive Group are to jointly submit a status report to the Court on **the first day of each month, commencing on October 1, 2024, and every other month thereafter**, to report on the status of the arbitration proceedings, including but not limited to the date scheduled for the arbitration hearing(s).

5.      **Within thirty (30) days of the completion of all arbitration proceedings**, Plaintiff and Defendant Kelly Automotive Group are directed to notify the Court that the arbitration(s) has concluded and that the above-captioned action is ready to proceed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge